■ In the Matter of ANGELA M. RODRIGUEZ, Appellant, v ROBERT DOAR, as Commissioner of Onondaga County Department of Social Services, et al., Respondents. [838 NYS2d 456]—Appeal from a judgment (denominated order) of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered September 14, 2006 in a proceeding pursuant to CPLR article 78. The judgment granted respondents' motion to dismiss the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Smith, Fahey and Green, JJ.